442 A.2d 352

Commonwealth v. Reeder, Appellant.
Petition for Allowance of Appeal Denied June 1, 1982.

Submitted January 21, 1981. John P. Campana, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.